868 A.2d 1030

LYNN VON HOLLANDER, PLAINTIFF–PETITIONER,
v. REINHARD VON HOLLANDER, DEFENDANT–
RESPONDENT.

February 16, 2005.

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Caplan v. Caplan,* 182 *N.J.* 250, 864 *A.*2d 1108 (2005).

Jurisdiction is not retained.